### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL ROBINSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **VERIZON COMMUNICATIONS** | : | NO.   11-1709 |

### ORDER

**AND NOW**, this 27th day of December, 2011, upon consideration of the Defendant's Motion for Summary Judgment (Document No. 8) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant and against the plaintiff.

                                                        /s/ Timothy J. Savage
                                                        TIMOTHY J. SAVAGE,  J.